IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

DANIEL G. JUAREZ  §

VS.  §  CIVIL ACTION NO. 1:06cv656

MARVIN MORRISON  §

MEMORANDUM OPINION REGARDING VENUE

Daniel G. Juarez, an inmate confined in the United States Penitentiary at Big Sandy, Kentucky, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner complains of a prison disciplinary conviction.

A petition filed pursuant to Section 2241 must filed in the judicial district where the petitioner is incarcerated. *United States v. Gabor*, 905 F.2d 76 (5th Cir. 1990).

The federal institution at Big Sandy is located in the Eastern District of Kentucky. As petitioner is not confined within the Eastern District of Texas, this court lacks jurisdiction over his petition. Accordingly, this petition will be transferred to the United States District Court for the Eastern District of Kentucky. A Transfer Order shall be entered.

**SIGNED** this  31  day of   October  , 2006.


KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE